# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JARED J. COYNE,**<br><br>**Defendant.** | **PO-24-5058-GF-JTJ**<br><br>**VIOLATION:**<br>**E2029050**<br>**Location Code: M13**<br><br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $25 fine and $30 processing fee for violation E2029050 (for a total of $55), and for good cause shown, **IT IS ORDERED** that the $55 fine paid by the defendant is accepted as a full adjudication of violation E2029050.

**IT IS FURTHER ORDERED** that violation E2029050 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 20, 2024, is **VACATED.**

DATED this 19th day of September, 2024.

_____
John Johnston
United States Magistrate Judge